IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ALBERT T. OWENS,

    Plaintiff,

v.                               CASE NO. 4:18cv422-RH/CAS

CAPTAIN TOWNSEND et al.,

    Defendants.

_____/

## ORDER DENYING A TEMPORARY RESTRAINING ORDER

The plaintiff's motion for a temporary restraining order is before the court on the magistrate judge's report and recommendation, ECF No. 7. No objections have been filed. The recommendation is for denial of the motion.

The requested temporary restraining order would direct the defendant to comply with the United States Constitution. But the defendants already have an obligation to comply with the Constitution. Accordingly,

IT IS ORDERED:

The report and recommendation is accepted. The motion for a temporary restraining order, ECF No. 4, is denied. The case is remanded to the magistrate

judge for further proceedings.

SO ORDERED on January 19, 2019.

        <u>s/Robert L. Hinkle     </u>
        United States District Judge