**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**ALBERT T. OWENS,**

    **Plaintiff,**

vs.                                            **Case No. 4:18cv422-RH-CAS**

**CAPTAIN TOWNSEND, et al.,**

    **Defendants.**

_____/

## O R D E R

Defendants Smith, Edwards, and Townsend filed a motion for summary judgment, ECF No. 96, which also seeks to have Plaintiff's in forma pauperis status revoked. An Order was recently entered providing guidance to the pro se Plaintiff as to his obligation in responding to the motion. ECF No. 101.

Plaintiff has now filed a "motion to suppress" an exhibit which was included with Defendants' summary judgment motion. ECF No. 103. Plaintiff points out that two transcripts of the Plaintiff's deposition were included in the motion, but neither transcript contains the signature of the court reporter. ECF No. 103 (citing to ECF No. 96-1 and 96-4).

Rule 30(f) of the Federal Rules of Civil Procedure requires a certification "that the witness was duly sworn and that the deposition accurately records the witness's testimony.  The certificate must accompany the record of the deposition." Fed. R. Civ. P. 30(f)(1).  The transcripts are not properly presented because they are unsigned.

Rule 56 of the Federal Rules of Civil Procedure provide that when a party "fails to properly support an assertion of fact," the Court may "give an opportunity to properly" do so.  Fed. R. Civ. P. 56(e)(1).  Accordingly, Plaintiff's motion to suppress the exhibits is granted, but Defendants shall have until **March 13, 2020**, in which to file a proper exhibit.  Plaintiff is reminded of his March 26, 2020, deadline in which to file his response in opposition to Defendants' motion for summary judgment.  *See* ECF No. 101.  Defendants are reminded of their **April 3, 2020**, deadline in which to file a reply memorandum of up to 3,200 words, if permissible under Local Rule 56.1(D).

Accordingly, it is **ORDERED:**

1. Plaintiff's motion to suppress Defendant's Exhibits (ECF No. 96-1 and 96-4) ECF No. 103, is **GRANTED**.

Case No. 4:18cv422-RH-CAS

2.  Defendant has until **March 13, 2020**, to resubmit the exhibits if Defendants intend to rely upon that evidence in support of their motion for summary judgment.

3.  The Clerk shall return this file upon the Defendant's compliance with this Order, or no later than March 13, 2020.

**DONE AND ORDERED** on February 27, 2020.

        **S/   Charles A. Stampelos**
        **CHARLES A. STAMPELOS**
        **UNITED STATES MAGISTRATE JUDGE**